UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

2 MONKEY TRADING, LLC.,

Debtor.

_____/

Case No. 6:22-bk-4099-TPG
Chapter 11

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**COMES NOW,** the Debtor, 2 Monkey Trading, LLC ("2MT" or "Debtor"), by and through its proposed undersigned attorneys and pursuant to Local Rule 2081-1 of the United States Bankruptcy Court for the Middle District of Florida ("Local Rules"), and hereby files its Summary of the Case and states as follows:

1. On November 17, 2022, 2MT filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, (the "Petition Date") with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

2. The Debtor remains in possession of its property and continues to operate and manage its property as debtor and debtor-in-possession pursuant to sections §§1107 and 1108 of the Bankruptcy Code and the order of this court.

3. No trustee or examiner has been appointed in the Debtor's Chapter 11 case, and no committees have been appointed or designated.

## DESCRIPTION OF THE DEBTOR'S BUSINESS

4. Debtor was established in 2006 in Orlando, Florida, and is a family-owned business that designs, crafts and markets hand-made and made-to-order military memorabilia and Americana.

## LOCATION OF THE DEBTOR'S OPERATIONS
## AND WHETHER LEASED OR OWNED

5.Debtor leases commercial space at 3601 Vineland Road, Orlando, Florida.

## REASONS FOR FILING CHAPTER 11

6.In 2018, the Debtor and its affiliate Lucky Shot USA, LLC (collectively, the "Debtors") were sued in the United States District Court for the Eastern District of Wisconsin over alleged unfair competition claims under the Lanham Act. Debtors have incurred significant expenses in legal fees in defense of the litigation. During the pendency of the litigation, the Covid pandemic further caused substantial financial strain on the Debtors' business, forcing them to take out large pandemic disaster loans from the Small Business Administration (the "SBA") in order to stay afloat. Making financial matters worse, recent changes to Apple iPhone's operating system significantly affected the Debtors' ability to engage in targeted advertising of its customers, which further impacted the Debtors' revenues. Finally, in October 2022, the federal court in the Wisconsin litigation entered judgment against the Debtors in the aggregate amount of $3,159,976.00. The Debtors have appealed the judgment and believe they will prevail in overturning the judgment. Nonetheless, facing potentially insurmountable judgment debt and reduced revenues due to recent changes in the Debtors' access to targeted advertising, the Debtors sought bankruptcy relief to reorganize their financial affairs.

## LIST OF OFFICERS/DIRECTORS AND THEIR SALARIES AND BENEFITS

7.Douglas M. Ingalls is the President of the Corporation and owns 50% shareholder interest. Lynne M. Ingalls is the Vice President of the Corporation and owns 50% shareholder interest. Doug and Lynne are married. The Debtor filed an affiliate officer salary motion, which contains relevant salary information for Doug and Lynne.

## DEBTOR'S ANNUAL GROSS REVENUES

8. The Debtor's annual gross revenues for 2021 were $3,945,304.00. The annual gross revenues for 2020 were $2,327.862.00.

## AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS

9. The Debtor owes approximately $698,701.00 in secured debt, which includes an SBA loan, two equipment leases, and a vehicle loan. The Debtor owes approximately $331,963.97 in unsecured debt, in addition to the judgment debt of $3,159,976.00 described above.

## DESCRIPTION AND VALUE OF FIXED ASSETS

10. The Debtor filed this case on an emergency basis and is still in the process of valuing its assets. The Debtor's assets consists of cash on hand, accounts receivable, inventory, raw materials, security deposits, warehouse equipment, vehicles, software, and other personal property. The Debtor does not own real property.

## NUMBER OF EMPLOYEES AND AMOUNTS
## OF WAGES OWED AS OF PETITION DATE

11. The Debtor has 14 employees. The Debtor paid its employees current through Thursday, November 17, 2022, prior to filing this bankruptcy case, and owes no wages for work done prior to the Petition Date.

## STATUS OF DEBTOR'S PAYROLL AND SALES TAX OBLIGATIONS

12. The Debtor is current on its payroll and sales tax obligations, as applicable.

## LIST OF ALL INSURANCE POLICIES

13. The Debtor has one policy for Commercial General Liability, Automobile Liability, Umbrella Liability and Worker's Compensation and Employers' Liability carried with Continental Cas Co, The Continental Insurance Company and Employers Preferred Insurance Company, with

a policy period of June 23, 2022 to June 23, 2023.  The Debtor will add the Unites States Trustee as a loss payee to the policy.

## ANTICIPATED EMERGENCY/EXPEDITED RELIEF

14. The Debtor has filed an emergency motion to use cash collateral and an emergency motion to pay affiliate officer salaries, and a hearing is currently scheduled on November 22, 2022.

## STRATEGIC OBJECTIVES

15. The Debtor intends to propose a plan of reorganization in this case.  The plan will propose to restructure its debts and continue operations.

Dated this 22nd day of November 2022      Respectfully submitted,

*/s/Jonathan M. Sykes*
Jonathan M. Sykes, Esq.
Florida Bar No. 073176
Nardella & Nardella, PLLC
135 W. Central Blvd., Suite 300
Orlando, FL 32801
(407) 966-2680
jsykes@nardellalaw.com
klynch@nardellalaw.com

*PROPOSED COUNSEL TO DEBTOR*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system